MICHAEL J. HEYMAN
United States Attorney

ALANA B. WEBER
STEPHAN A. COLLINS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: alana.weber@usdoj.gov
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ZUKAI HE,<br><br>　　　　　　　Defendant. | No. 3:25-cr-00065-SLG-KFR<br><br>COUNT 1:<br>CONSPIRACY TO EXPORT CONTROLLED SUBSTANCES<br>　Vio. of 21 U.S.C. §§ 963, 960(a)(1), & (b)(1)(H)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　21 U.S.C. §§ 853(a)(1) & (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown but at least by November 11, 2023, and continuing to at least on or about September 8, 2025, within the District of Alaska and

elsewhere, the defendant, ZUKAI HE, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally export from a place within the United States, to include Wasilla, Alaska, to a place outside of the United States, to include New Zealand, a controlled substance with that violation involving 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, its isomers, and salts of isomers.

All of which is in violation of 21 U.S.C. §§ 963, 960(a)(1), and (b)(1)(H).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 963, the defendant, ZUKAI HE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, a forfeiture money judgment equal to the value of the property, and including:

1. Approximately $13,493.00 in U.S. currency.

//
//
//

All pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Alana B. Weber
ALANA B. WEBER
Assistant U.S. Attorney
United States of America

s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: October 14, 2025